IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 13-cv-02754-BNB

STEVEN SWEDLUND,

Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

Defendant.

## ORDER

This matter arises on the **Motion for Order Approving Stipulation of Award of Attorney Fees Under the Equal Access to Justice Act** [Doc. #27, filed 01/30/2015] (the "Motion").

IT IS ORDERED:

(1)  The Motion [Doc. #27] is GRANTED; and

(2)  The parties' stipulation is approved and made an order of the court.

Dated February 3, 2015.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge